UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Heather A. Loya, <br><br> Plaintiff, <br><br> v. <br><br> Reliance Standard Life Insurance Company, <br><br> Defendant. | Civil Action No. 2:23–cv–604 |

# **ORDER**

On or before February 9, 2024, Defendant shall return executed its Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 31st day of January 2024.

*/s/ Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge